SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>           Plaintiff;<br><br>     vs.<br><br>Anna Nguyen, et al,<br><br>           Defendants | ) Case No. **2:11-cv-02850-JAM-KJN**<br>)<br>) **ORDER RE: STIPULATION FOR**<br>) **DISMISSAL**<br>)<br>)<br>)<br>)<br>) |

   IT IS SO ORDERED that the above-entitled action be and is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A).

Date: 2/19/2013

                              /s/ John A. Mendez_____
                              U. S. District Court Judge